AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Danielle Kaminsky, Michael Beaudry <br><br> *Plaintiff(s)* <br> v. <br> ORIGINS HIGH SCHOOL, CITY OF NEW YORK NEW YORK CITY DEPARTMENT OF EDUCATION, DAVID C. BANKS MICHAEL PRA YOR JOHN BANKS and DARA KAMMERMAN <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 24-cv-3297 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jim Walden
Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, New York 10281
jwalden@wmhlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

*Cynthia Valera*
*Signature of Clerk or Deputy Clerk*

Date:  05/03/2024

Civil Action No. 24-cv-3297

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____              _____
                                              *Server's signature*

                                    _____
                                              *Printed name and title*


                                    _____
                                              *Server's address*

Additional information regarding attempted service, etc:



250 Vesey Street
27th Floor
New York, NY 10281

wmhlaw.com
T: 212-335-2030
F: 212-335-2040

# Rider

**Full Case Caption**

DANIELLE KAMINSKY,
MICHAEL BEAUDRY

    Plaintiffs,

    v.

ORIGINS HIGH SCHOOL,
CITY OF NEW YORK
NEW YORK CITY DEPARTMENT OF EDUCATION,
DAVID C. BANKS
MICHAEL PRAYOR
JOHN BANKS and DARA KAMMERMAN

    Defendants.


**Additional Defendants' Names and Addresses**

**Origins High School**
**3000 Avenue X**
**Brooklyn Nay 11235**


City of New York
Office of the Corporation Counsel
Attorneys for the City of New York
100 Church Street  New York, New York 10007


New York City Department of Education
Office of the Corporation Counsel
Attorneys for the City of New York
100 Church Street  New York, New York 10007


David C. Banks
c/o New York City Department of Education
Office of the Corporation Counsel
Attorneys for the City of New York
100 Church Street  New York, New York 10007

Michael Prayor
c/o New York City Department of Education
Office of the Corporation Counsel
Attorneys for the City of New York
100 Church Street
New York, New York 10007

John Banks
c/o New York City Department of Education
Office of the Corporation Counsel
Attorneys for the City of New York
100 Church Street
New York, New York 10007

Dara Kammerman
c/o New York City Department of Education
Office of the Corporation Counsel
Attorneys for the City of New York
100 Church Street
New York, New York 10007